**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RITA MALDONADO ALANIA,

Plaintiff,

v.

THE REPUBLIC OF PERU,

Defendant.

Case No.: 2:26-cv-01788-GMN-BNW

**ORDER**

The Court received notice that mail was returned as undeliverable at the address currently listed for Plaintiff on the docket. (*See* Notice, ECF No. 3). Therefore, **IT IS HEREBY ORDERED** that Plaintiff must update their address no later than August 28, 2026. **Failure to do so may result in the Court dismissing the case**. *See* LR IA 3-1 ("An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. Failure to comply with this rule may result in the dismissal of the action . . . .").

Dated this 7 day of August, 2026.

Gloria M. Navarro, District Judge
United States District Court